DOUGLAS HAN (SBN 232858)
  dhan@justicelawcorp.com
SHUNT TATAVOS-GHARAJEH (SBN 272164)
  statavos@justicelawcorp.com
JASON ROTHMAN (SBN 304961)
  jrothman@justicelawcorp.com
**JUSTICE LAW CORPORATION**
751 N. Fair Oaks Avenue, Suite 101
Pasadena, California 91103
Telephone: (818) 230-7502
Facsimile: (818) 230-7259

Attorneys for Plaintiff Emilio Padilla

[*Additional counsel listed on following page*]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO PADILLA, individually, and on behalf of aggrieved employees pursuant to the Private Attorneys General Act ("PAGA"); <br><br> Plaintiff, <br><br> v. <br><br> PRIMERICA, INC., a Delaware corporation; PRIMERICA CLIENT SERVICES, INC., a Delaware corporation; PRIMERICA FINANCIAL SERVICES INSURANCE MARKETING, INC., a Delaware Corporation; PRIMERICA CONVENTION SERVICES, INC., a Georgia Corporation; PRIMERICA FINANCIAL SERVICES, LLC, a Nevada limited liability company; PRIMERICA LIFE INSURANCE COMPANY, a Tennessee corporation; and DOES 1 through 100, inclusive; <br><br> Defendants. | CASE NO. 5:21-cv-883 JWH (KKx) <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. John W. Holcomb <br> Courtroom: 2 |

Gibson, Dunn & Crutcher LLP

BRIAN M. LUTZ, SBN 255976
    blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

STEPHEN C. WHITTAKER, SBN 283518
    cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone:  949.451.3800
Facsimile:   949.451.4220

CARY G. PALMER, SBN 186601
    cary.palmer@jacksonlewis.com
NATHAN W. AUSTIN, SBN 219672
    nathan.austin@jacksonlewis.com
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone:  916.341.0404
Facsimile:    916.341.0141

Attorneys for Defendants

1

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

2       In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff

3   Emilio Padilla ("Plaintiff") and Defendants Primerica, Inc. ("Primerica"); Primerica

4   Client Services, Inc. ("Client Services"); Primerica Financial Services Insurance

5   Marketing, Inc. ("PFSIM"); Primerica Convention Services, Inc. ("Convention

6   Services"); Primerica Financial Services, LLC ("PFS"); and Primerica Life Insurance

7   Company ("PLIC") (collectively, "Defendants") (Plaintiff and Defendants are

8   collectively referred to herein as the "Parties"), by and through their respective

9   counsel, hereby agree and stipulate as follows:

10       WHEREAS, on April 2, 2021, 2020, Plaintiff filed a complaint in this civil

11   action in Riverside County Superior Court, and on May 21, 2021, Defendants removed

12   the case to this Court, Docket 1;

13       WHEREAS, on January 14, 2022, the Parties finalized a Settlement Agreement

14   whereby they agreed to settle the civil action on an individual basis;

15       WHEREAS, in accordance with the terms of the Settlement Agreement, the

16   Parties desire that the Action be dismissed with prejudice.

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Plaintiff's individual claims shall be dismissed with prejudice, thereby resulting in the dismissal of this civil action.  According to Rule 41(a)(1)(A)(ii), this stipulation of dismissal signed by all Parties who have appeared, by and through their respective counsel, constitutes the voluntary dismissal of the Action without need of further Court order.

**IT IS SO STIPULATED.**

DATED: January 17, 2022

JUSTICE LAW CORPORATION
JASON ROTHMAN

By: /s/ Jason Rothman
Jason Rothman

Attorneys for Plaintiff Emilio Padilla

DATED: January 17, 2022

GIBSON, DUNN & CRUTCHER LLP
BRIAN M. LUTZ
STEPHEN C. WHITTAKER

By: /s/ Brian M. Lutz
Brian M. Lutz

Attorneys for Defendants

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

## __SIGNATURE ATTESTATION__

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason Rothman, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 17, 2022

JUSTICE LAW CORPORATION
JASON ROTHMAN


By: /s/ Jason Rothman
                Jason Rothman